UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 2:25-cr-149-1 |
| | ) |
| REGINALD ADAM VELASQUEZ, | ) 18 U.S.C. § 922(a)(6) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about November 14, 2025, in the District of Vermont, the defendant, REGINALD ADAM VELASQUEZ, in connection with the attempted acquisition of a firearm, that is, a Glock, model 22, .40 caliber pistol, from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to the licensed dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sale of the firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, to the effect that he was not an alien illegally and unlawfully in the United States, whereas in truth and in fact, he was an alien illegally and unlawfully in the United States.

(18 U.S.C. § 922(a)(6))

A TRUE BILL

MICHAEL P. DRESCHER
First Assistant United States Attorney

JONATHAN A. OPHARDT
Assistant United States Attorney
Chief, Criminal Division

*Charles W. Kirkham*
CHARLES W. KIRKHAM
Special Assistant United States Attorney
Burlington, Vermont
December 18th, 2025